David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
900 E. Hamilton Avenue, Suite 100
Campbell, CA 95008
Telephone: (408) 850-2101
Facsimile: (866) 406-6080
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendants J.P. LaMere
And TopPost, Inc.

**E-Filed 1/14/2010**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. LaMere, an individual; TopPost, Inc., a Delaware corporation; John Doe 1 dba toppost.com; John Doe 2 dba toppost.net; John Doe 3 dba postingagent.com; John Doe 4 dba clpreview.com; and Does 5 through 25, inclusive,<br><br>Defendants. | Civil Action No.: CV-09-4740 JF<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>CMC Date: January 15, 2010<br>Time: 10:30 a.m.<br>Before: Hon. Jeremy Fogel |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, the Case Management Conference in this case is currently scheduled for January 15, 2010 at 10:30 a.m.

WHEREAS, the parties' deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan was December 23, 2009.

WHEREAS, the parties' deadline for filing the Joint Case Management Conference Statement was January 6, 2010.

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

WHEREAS, Defendants had been attempting to represent themselves but they were finally able to retain legal counsel earlier this week.

WHEREAS, counsels for the parties have been diligently meeting and conferring regarding initial disclosures, early settlement, ADR process selection, the discovery plan, and the Joint Case Management Conference Statement, but they need additional time to finally resolve remaining issues concerning these matters and to complete the Joint Case Management Conference Statement.

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court grant the parties additional time to finally resolve these issues and to timely file the necessary documents, and enter an order continuing the Case Management Conference in this matter, currently scheduled for January 15, 2010, until February 26, 2010, at 10:30 a.m., or until the Court's soonest available time thereafter.

IT IS SO STIPULATED.

Dated: January 13, 2010                    THE MORALES LAW FIRM


                                           By:/s/ David Morales
                                           DAVID MORALES
                                           Attorney for Defendants

Dated: January 14, 2010                    PERKINS COIE LLP


                                           By:/s/ Brian Hennessy
                                           BRIAN HENNESSY
                                           Attorneys for Plaintiff

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: January 13, 2010                    THE MORALES LAW FIRM


                                           By:/s/ David Morales
                                           DAVID MORALES
                                           Attorney for Defendants

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No.: CV-09-4740 JF

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 1/14/2010

_____
Hon. Jeremy Fogel
United States District Judge