1  David P. Morales, Esq., SBN 191229
   THE MORALES LAW FIRM
2  900 E. Hamilton Avenue, Suite 100          **E-Filed 1/14/2010**
   Campbell, CA  95008
3  Telephone: (408) 850-2101
   Facsimile: (866) 406-6080
4  E-Mail: dmorales@moraleslawfirm.com

5  Attorney for Defendants J.P. LaMere
   And TopPost, Inc.
6

7                  UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | Civil Action No.: CV-09-4740 JF |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | |
| J.P. LaMere, an individual; TopPost, Inc., a Delaware corporation; John Doe 1 dba toppost.com; John Doe 2 dba toppost.net; John Doe 3 dba postingagent.com; John Doe 4 dba clpreview.com; and Does 5 through 25, inclusive, | CMC Date:  January 15, 2010<br>Time: 10:30 a.m.<br>Before:  Hon. Jeremy Fogel |
| Defendants. | |

        TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

OF RECORD:

        WHEREAS, the Case Management Conference in this case is currently scheduled for

January 15, 2010 at 10:30 a.m.

        WHEREAS, the parties' deadline to meet and confer regarding initial disclosures, early

settlement, ADR process selection, and discovery plan was December 23, 2009.

        WHEREAS, the parties' deadline for filing the Joint Case Management Conference

Statement was January 6, 2010.

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

1  WHEREAS, Defendants had been attempting to represent themselves but they were finally
2  able to retain legal counsel earlier this week.
3  WHEREAS, counsels for the parties have been diligently meeting and conferring regarding
4  initial disclosures, early settlement, ADR process selection, the discovery plan, and the Joint Case
5  Management Conference Statement, but they need additional time to finally resolve remaining
6  issues concerning these matters and to complete the Joint Case Management Conference
7  Statement.
8  NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court
9  grant the parties additional time to finally resolve these issues and to timely file the necessary
10 documents, and enter an order continuing the Case Management Conference in this matter,
11 currently scheduled for January 15, 2010, until February 26, 2010, at 10:30 a.m., or until the
12 Court's soonest available time thereafter.
13 IT IS SO STIPULATED.

14 Dated: January 13, 2010                THE MORALES LAW FIRM

                                         By:/s/ David Morales
                                         DAVID MORALES
                                         Attorney for Defendants

18 Dated: January 14, 2010                PERKINS COIE LLP

                                         By:/s/ Brian Hennessy
                                         BRIAN HENNESSY
                                         Attorneys for Plaintiff

23 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/s/) within this e-filed document.

25 Dated: January 13, 2010                THE MORALES LAW FIRM

                                         By:/s/ David Morales
                                         DAVID MORALES
                                         Attorney for Defendants

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No.: CV-09-4740 JF

- 2 -

1                                    ~~[PROPOSED]~~ **ORDER**

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

5   Date:    1/14/2010                   _[signature]_

6                                      Hon. Jeremy Fogel
                                         United States District Judge

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No.: CV-09-4740 JF

- 3 -