Brian P. Hennessy
PHONE: (650) 838-4401
EMAIL: BHennessy@perkinscoie.com

March 1, 2010

The Honorable Jeremy Fogel
United States District Court
280 South First Street
San Jose, CA  95113

**Re:    craigslist, Inc. v. J. P. LaMere, et al.
U.S. District Court Case No. CV 09 4740 JF
Client-Matter No. 40753-0043-0016**

Dear Judge Fogel:

At Friday's Case Management Conference, the Court ordered that defense counsel's pending motion to withdraw as counsel for TopPost Inc. be heard on March 12, 2010, rather than the originally-noticed date of March 26, 2010.  The Court further ordered the parties to schedule and participate in a conference with Magistrate Judge Lloyd prior to the March 12, 2010, hearing.

The parties immediately contacted Magistrate Judge Lloyd's chambers to schedule the conference in compliance with the Court's Order.  However, we were informed that Magistrate Judge Lloyd will not be available until March 25, 29, 31 or thereafter.  Judge Lloyd's clerk further advised us that those dates have also been made available to other parties, and that those dates will remain available on a first come, first served basis.

Given Judge Lloyd's unavailability within the requested timeframe, the parties respectfully request that the Court refer the parties to another judge so a conference may be held prior to March 12, 2010.  However, Plaintiff does wish to advise the Court that its counsel is unavailable the week of March 8, 2010, because of long-scheduled depositions in Florida and Texas in other matters.  Plaintiff's counsel can and will otherwise make themselves available to attend a conference at the earliest possible date.  In addition, due to the short notice of the conference, the Plaintiff representative may not be available to attend the settlement conference in person, but Plaintiff's counsel will attend the conference with full authority and Defendants do not object to Plaintiff's personal absence from this conference.

40753-0043/LEGAL17805016.1

The Honorable Jeremy Fogel
United States District Court
March 1, 2010
Page 2


In the event that the ordered conference cannot be held prior to the March 12, 2010, hearing on defense counsel's motion to withdraw, or if the settlement judge will not permit the conference to be conducted without Plaintiff's personal attendance, defense counsel respectfully renews his request that the Court waive hearing on defense counsel's withdrawal motion and grant the motion terminating his representation in this matter.  Plaintiff continues to oppose defense counsel's withdrawal as attorney for TopPost, Inc until substitute counsel appears on its behalf.

We thank the Court for its consideration.


Sincerely,


/s/ Brian P. Hennessy
Brian P. Hennessy
Attorney for Plaintiff craigslist, Inc.


Agreed to:


/s/ J.P. LaMere
J.P. LaMere
*Pro Se* Defendant


Agreed to:


/s/ David P. Morales
David P. Morales
Attorney for Defendant TopPost, Inc.

The Honorable Jeremy Fogel
United States District Court
March 1, 2010
Page 3

     I, Brian P. Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signature hereto.

DATED: March 1, 2010

                                        PERKINS COIE LLP

                                        By:    /s/ Brian Hennessy
                                                  Brian P. Hennessy
                                        Brian Hennessy (SBN 226721)
                                        bhennessy@perkinscoie.com

                                        Attorney for Plaintiff
                                        craigslist, Inc.