| | |
|---|---|
| Brian Hennessy (SBN 226721) <br> E-mail: BHennessy@perkinscoie.com <br> **Perkins Coie LLP** <br> 101 Jefferson Drive <br> Menlo Park, CA 94025-1114 <br> Telephone:  (650) 838-4300 <br> Facsimile:  (650) 838-4350 <br><br> Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*) <br> E-mail: EMcDougall@perkinscoie.com <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4800 <br> Seattle, Washington 98101-3099 <br> Telephone: (206) 359-8000 <br> Facsimile: (206) 359-9000 <br><br> Attorneys for Plaintiff <br> craigslist, Inc. | **E-Filed 4/9/2010** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, <br><br>                    Plaintiff, <br><br>            v. <br><br> J.P. LaMere, an individual; TopPost, Inc., a Delaware corporation; John Doe 1 d/b/a toppost.com; John Doe 2 d/b/a toppost.net; John Doe 3 d/b/a postingagent.com; John Doe 4 d/b/a clpreview.com; and Does 5 through 25, inclusive, <br><br>                    Defendants. | Case No. CV-09-4740 JF <br><br> **STIPULATION TO CONTINUE HEARING ON DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TOPPOST, INC. AND CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, at the February 26, 2010 Case Management Conference, the Court ordered that defense counsel's pending motion to withdraw as counsel for TopPost Inc. ("Motion") be heard on March 12, 2010, rather than the originally-noticed date of March 26, 2010.

4  WHEREAS, at the February 26, 2010 Case Management Conference, the Court further ordered the parties to schedule and participate in a settlement conference with Magistrate Judge Lloyd prior to the March 12, 2010 hearing on defense counsel's Motion.

7  WHEREAS, on March 1, 2010, the parties notified the Court that Judge Lloyd was not available to hold a settlement conference prior to the March 12, 2010 hearing. DKT #27.

9  WHEREAS, as a result of Judge Lloyd's unavailability, the Court moved the Case Management Conference and hearing date to April 16, 2010.  DKT #29.

11  WHEREAS, the parties were unable to reserve a settlement conference date with Judge Lloyd prior to the April 16, 2010 hearing date.

13  WHEREAS, the parties have reserved a settlement conference date with Judge Lloyd on April 23, 2010.

15  WHEREAS, the parties stipulate to move the Case Management Conference and hearing on the Motion to a date after their April 23, 2010 settlement conference with Judge Lloyd.

**IT IS SO STIPULATED.**

DATED: April  2, 2010                          **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com
Elizabeth L. McDougall (WA Bar No. 27026)
EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 2, 2010 | **THE MORALES LAW FIRM** |
| 3 | | By: /s/ David Morales |
| 4 | | David Morales (SBN 191229)<br>dmorales@moraleslawfirm.com |
| 5 | | Attorneys for Defendant TopPost, Inc. |

DATED: April 2, 2010

By: /s/ JP LaMere
J.P. LaMere

*Pro se* Defendant

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 2, 2010            **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT** the Case Management Conference and hearing on the Motion will now take place on ____April 30____, 2010 at ___9:00 AM___ am/pm.

Dated: __4/9/2010__           _____[signature]_____
                                              Honorable Jeremy Fogel