**United States District Court**
For the Northern District of California

*E-FILED 04-13-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIGSLIST, INC.,<br><br>    Plaintiff,<br>  v.<br><br>J.P. LAMERE; TOPPOST, INC.; JOHN DOE 1 d/b/a TOPPOST.COM; JOHN DOE 2 d/b/a TOPPOST.NET; JOHN DOE 3 d/b/a POSTINGAGENT.COM; JOHN DOE 4 d/b/a CLPREVIEW.COM; AND DOES 5 THROUGH 25, inclusive<br><br>    Defendants. | No. C09-04740 JF (HRL)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO BE EXCUSED FROM SETTLEMENT CONFERENCE** |

A settlement conference is set for April 23, 2010. That date was set nearly one month ago by agreement of all parties. No good cause appearing, plaintiff's request to excuse its representative from attending the settlement conference is denied. If necessary, the undersigned is available to hold a settlement conference on April 26, April 28, or April 29, 2010.

SO ORDERED.

Dated:  April 13, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:09-cv-04740-JF Notice has been electronically mailed to:

2  Brian Patrick Hennessy    bhennessy@perkinscoie.com, brian_hennessy8@yahoo.com, csmith@perkinscoie.com, docketmp@perkinscoie.com, jmccullagh@perkinscoie.com, lpoh@perkinscoie.com, mheap@perkinscoie.com, msargent@perkinscoie.com

4  David P. Morales    dmorales@moraleslawfirm.com, moraleslaw1@gmail.com

5  Elizabeth L. McDougall    EMcDougall@perkinscoie.com

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.