David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
900 E. Hamilton Avenue, Suite 100
Campbell, CA  95008
Telephone: (408) 850-2101
Facsimile: (866) 406-6080
E-Mail: dmorales@moraleslawfirm.com

**E-Filed 4/29/2010**

Attorney for Defendant TopPost, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>                Plaintiff,<br><br>      vs.<br><br>J.P. LaMere, an individual; TopPost, Inc., a Delaware corporation; John Doe 1 dba toppost.com; John Doe 2 dba toppost.net; John Doe 3 dba postingagent.com; John Doe 4 dba clpreview.com; and Does 5 through 25, inclusive,<br><br>              Defendants. | Civil Action No.: CV-09-4740 JF<br><br>**STIPULATED REQUEST THAT THE COURT GRANT DEFENSE COUNSEL'S MOTION TO WITHDRAW WITHOUT HEARING AND CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br><br><br>CMC Date:  April 30, 2010<br>Time: 9:00 a.m.<br>Before:  Hon. Jeremy Fogel |

      TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

OF RECORD:

      WHEREAS, the hearing on Defense Counsel's Motion to Withdraw as Counsel for

Defendant TopPost, Inc. ("Motion to Withdraw") and Case Management Conference ("CMC") for

the above case are currently scheduled for April 30, 2010 at 9:00 a.m.;

      WHEREAS, Plaintiff craigslist, Inc., no longer opposes defense counsel's Motion to

Withdraw and Plaintiff has filed  a Notice of Non-Opposition;

      WHEREAS, the parties agree that Defendant TopPost, Inc., should have an additional

thirty (30) days to retain new counsel prior to further case management;

**STIPULATED REQUEST THAT THE COURT GRANT DEFENSE COUNSEL'S**
**MOTION TO WITHDRAW WITHOUT HEARING AND CONTINUE THE CASE**
**MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

1   WHEREAS, Plaintiff's counsel expects to be unavailable for the scheduled hearing and

2   Case Management Conference due to his need to attend a funeral on the same date; and

3   WHEREAS, defense counsel and defendant J.P. LaMere are both agreeable to a

4   continuance of any necessary hearing as well as of the Case Management Conference.

5   NOW, THEREFORE, the parties hereby stipulate and jointly request that the Court enter

6   an order granting defense counsel's Motion to Withdraw without a hearing, terminating defense

7   counsel's representation, taking said hearing on the Motion to Withdraw off calendar, and

8   providing Defendant TopPost, Inc.,  thirty (30) days to retain new counsel.

9   THE PARTIES FURTHER stipulate and jointly request that the Court enter an order

10  continuing the Case Management Conference in this matter, currently scheduled for April 30,

11  2010, until July 2, 2010.

12  IT IS SO STIPULATED.

13  Dated: April 28, 2010                         THE MORALES LAW FIRM

14                                                By:/s/ David Morales
                                                  _____
15                                                  DAVID MORALES
                                                    Attorney for Defendant TopPost, Inc.
16

17  Dated: April 28, 2010                         J.P. LAMERE

18                                                By:/s/ J.P. LaMere
                                                  _____
19                                                  J.P. LAMERE
                                                    Defendant in Pro Per
20

21  Dated: April 28, 2010                         PERKINS COIE LLP

22                                                By:/s/ Brian Hennessy
                                                  _____
23                                                  BRIAN HENNESSY
                                                    Attorneys for Plaintiff

24

25

26

27

28

**STIPULATED REQUEST THAT THE COURT GRANT DEFENSE COUNSEL'S
MOTION TO WITHDRAW WITHOUT HEARING AND CONTINUE THE CASE
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No.: CV-09-4740 JF

1

**[PROPOSED] ORDER**

2

3        PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Date:    4/29/2010
                                            _____
6                                           Hon. Jeremy Fogel
                                            United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST THAT THE COURT GRANT DEFENSE COUNSEL'S
MOTION TO WITHDRAW WITHOUT HEARING AND CONTINUE THE CASE
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No.: CV-09-4740 JF