1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                      SAN JOSE DIVISION
9   CRAIGSLIST, INC.,                    CV-09-4740-JF
            Plaintiff,
10                                         ORDER OF DISMISSAL
       V.
11
12  J.P. LAMERE,
            Defendant.
13  _____/
14
15        The parties have advised the Court that they have agreed to a settlement of this case.
16        IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any
17  party notifies the Court within ninety days of the date of this order that the agreed consideration
18  for said settlement has not been delivered, this order will be vacated and the case will be restored
19  to the calendar to be set for trial.
20
21
22  Date:   September 30, 2010
23                                  _____
                                    JEREMY FOGEL
24                                  United States District Judge
25
26
27
28